IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : Civil No.: 1:07CV00081 |
| Plaintiff, | : |
| v. | : |
| ALL FUNDS IN THE VANGUARD GROUP ACCOUNT ENDING IN 4897, IN THE NAME OF OTIS T. HARRISON, et al., | : |
| Defendants. | : |

## **ENTRY OF DEFAULT**

IT APPEARING that all persons and entities having any interest in the defendant properties, except Otis T. Harrison, Rose C. Harrison, Robert Harrison, Shamrock, LLC, Harrison Amusement Company, Inc., Harrison Music Company, Inc., David Cullipher, and Dennis Odom, are in default for failure to file a claim and an answer or otherwise defend as provided for in Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims.

Default is hereby entered against all persons and entities having any interest in the defendant real property, except Otis T. Harrison, Rose C. Harrison, Robert Harrison, Shamrock, LLC, Harrison Amusement Company, Inc., Harrison Music Company, Inc., David Cullipher,

and Dennis Odom.

    This the 10th day of March, 2008.

                                                                    /s/ John S. Brubaker
                                                         CLERK, U.S. DISTRICT COURT